## BAXTER v OLD NATL CITY BANK

Ohio Appeals, 3rd Dist, Allen Co

Decided Dec 2, 1933

For full opinion see 40 OLR 46; 189 NE 514; 46 Oh Ap 533.

Hughes & Rogers, Lima, and Meredith & Meredith, Lima, for plaintiff in error.

Paul T. Landis, Lima, for defendant in error.